UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. MJ24-039 <br> ) |
| v. | ) <br> ) DETENTION ORDER |
| TUROMNE WASHINGTON, | ) <br> ) |
| Defendant. | ) <br> ) |

Offenses charged:

1. Possession with Intent to Distribute Controlled Substances
2. Money Laundering

Date of Detention Hearing:   January 26, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his multiple failures to appear, the multistate nature of the alleged drug conspiracy, and the fact there is an outstanding warrant and prosecution in another jurisdiction. He has no stable employment. He has been charged with a ten-year mandatory minimum offense, which provides an incentive to flee. Defendant is a danger to the community based on the nature of the alleged offense involving a multistate drug conspiracy involving massive quantities of cocaine and drug related proceeds, and his prior criminal history, including failure to register as a sex offender.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Northern District of Georgia, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 26th day of January, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3